**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6018

ANTHONY ANDREWS,

Petitioner - Appellant,

v.

BRYAN K. DOBBS, Warden FCI Williamsburg,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  David C. Norton, District Judge.  (6:20-cv-03026-DCN)

Submitted:  November 7, 2022                    Decided:  November 21, 2022

Before WYNN and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Andrews, Appellant Pro Se.

PER CURIAM:

Anthony Andrews appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Andrews v. Dobbs*, No. 6:20-cv-03026-DCN (D.S.C. Dec. 8, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*